No opinion. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

STEVE BARDOLY, Appellant, v. MARY FRIBEK et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

CRETE MILLS, Respondent, v. FRED COLIN et al., Appellants, et al., Defendants.— No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Accounting of ABRAHAM OFFEN, as Executor of MICHAEL OFFEN, Deceased, Appellant-Respondent. ESTELLE COHEN et al., as Coexecutors of Michael Offen, Deceased, Respondents-Appellants.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

I. B. MILLER CONTRACTING CORPORATION, Appellant, v. B. TURECAMO CONTRACTING CO., INC., Respondent, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

WILLIAM S. SUSSMAN et al., Respondents, v. SAMUEL KRONSKY et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

JEAN MURRAY, Appellant, v. EDWARD M. MURRAY, Respondent.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

WILLIAM GORMAN, Appellant, v. ANDREW J. GILLEGAN, Respondent.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

MARY SCHWARTZ, Respondent, v. ROYAL NOVELTY CHILDREN'S DRESSES CORPORATION et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

MARY SCHWARTZ, Respondent, v. ROYAL NOVELTY CHILDREN'S DRESSES CORPORATION et al., Appellants.— No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

DAVID E. ARENWALD, Respondent, v. S. B. M. CORPORATION, Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

LUCILE PUGH, Appellant, v. JUAN D. ALMONTE, Respondent.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

JOHN IMPELIZINO et al., Appellants, v. CITY OF NEW YORK, Respondent.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.